PROB 34
(Rev. 5/01)

# Report and Order Terminating Supervised Release

## UNITED STATES DISTRICT COURT
### FOR THE
### District of Guam

UNITED STATES OF AMERICA

v.

JIMMY GUWA'THAG LEE

CRIMINAL CASE NO. 02-00006-001

FILED
DISTRICT COURT OF GUAM
JUL 28 2006
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **June 20, 2006**. Additionally, according to the U.S. Attorney's Office Financial Litigation Unit, Mr. Lee has an outstanding fine balance of $721.24. Oversight of his fine condition is now with the U.S. Attorney's Financial Litigation Unit. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

*Christopher J. Duenas*
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
Investigation Unit Leader

cc: Karon V. Johnson, AUSA
    William Bischoff, Defense Counsel
    File

RECEIVED
JUL 27 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 28 day of July 2006.

*James Ware*
JAMES WARE
Designated District Judge

ORIGINAL